# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**BENJAMIN JOHN BIESE**,

      **Plaintiff,**

v.                                            **Case No. 16-CV-359**

**SCOTT ECKSTEIN, et al.,**

      **Defendants.**

_____

## ORDER
_____

Defendants filed a motion to amend the caption. I will grant their request.

**NOW, THEREFORE, IT IS ORDERED** that defendants' motion to amend the caption (Docket #18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk's office shall update the caption in this case to include the following defendants: Scott Eckstein, John Kind, Justin Segerstrom, Brett Vande Walle, Maria Cooney, Michael Rhoades, and Michael Fugate.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2016.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge